**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| vs. | :   **5:04-CR-35 (WDO)** |
| | : |
| **KRANSTON DESHAWN MOULTRIE,** | : |
| **Defendant** | : |

## O R D E R

Defendant's motion to withdraw his guilty plea is **DENIED** for reasons more thoroughly explained in a hearing on this date.

**SO ORDERED**, this 27th day of September, 2005.

                                            S/Wilbur D. Owens, Jr.
                                            WILBUR D. OWENS, JR.
                                            UNITED STATES DISTRICT JUDGE