# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **KRANSTON DESHAWN MOULTRIE**, | : |
| Petitioner, | : |
| v. | : Case No. 5:04-CR-35-HL |
| | : Case No. 5:07-CV-90017-HL |
| **UNITED STATES OF AMERICA**, | : |
| Respondent. | : |

## ORDER

On May 5, 2009, the Court entered an Order (Doc. 93) dismissing Petitioner Kranston Deshawn Moultrie's Motion for Extension of Time to File Appeal (Motion for Acceptance of Application for C.O.A.) (Doc. 92) on the basis that the Court does not accept *pro se* filings from represented parties. It has been brought to the Court's attention that Petitioner is no longer represented by counsel; therefore, the Court vacates its previous Order (Doc. 93) and will consider Petitioner's Motion on its merits. The Government is directed to file a response to the Motion no later than June 1, 2009.

The Clerk of Court is directed to serve a copy of this Order on Petitioner at his last known address.

**SO ORDERED**, this the 7th day of May, 2009.

*s/   Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh